United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 7, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-30990

DEBRA DIXON, as Guardian, on behalf of
Jonathan Leechow,

                                          Plaintiff-Appellant,

versus

SCHOOL BOARD OF DESOTO PARISH;
RONNIE LAND, Individually and as Employee,
DeSoto Parish School Board;
DIANE TROQUILLE, Individually and as Employee,
DeSoto Parish School Board;
CHARLES HAZARD, Individually and as Employee,
DeSoto Parish School Board;
CLINTON WYSINGER, Individually and as Employee,
DeSoto Parish School Board;
COREGIS INSURANCE CO.;
WALTER LEE, Individually and In His
Capacity as Superintendent, DeSoto Parish School Board,

                                          Defendants-Appellees.

Appeal from the United States District Court
For the Western District of Louisiana

(02-CV-1750)

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     AFFIRMED.  *See* 5ᵀᴴ CIR. R. 47.6.

---

     [*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.